UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IN RE:

MARY ELLEN BARTELINI,

                                    Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK W. SWIMELAR, Chapter 13 Trustee,

                                    Appellant,

        -v-                                   6:10-cv-762

MARY ELLEN BARTELINI, Debtor, formerly
doing business as Dirt Road Café, formerly
doing business as Git R Done Carriers; also
known as Mary Ellen Pecoraro,

                                    Appellee.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

OFFICE OF CHAPTER 13 TRUSTEE          MAXSEN D. CHAMPION, ESQ.
Attorneys for Appellant
250 South Clinton Street, Suite 203
Syracuse, NY 13202

THOMAS H. MILLER, ESQ.
Attorney for Debtors-Appellees
49 Court Street
Binghamton, NY 13901

DAVID N. HURD
United States District Judge

## O R D E R

        Appellant filed a Notice of Appeal on June 11, 2010.  However, he has not filed a

designation of record on appeal as required by Bankruptcy Rule 8006, and no extension of

time has been requested.

Accordingly it is

ORDERED, that

Appellant's appeal is DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: June 29, 2010
        Utica, New York.