# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE:

**MARY ELLEN BARTELINI**, Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MARK W. SWIMELAR**, **Chapter 13 Trustee**,

     vs.  **CASE NUMBER: 6:10-CV-0762**

**MARY ELLEN BARTELINI**, Debtor, formerly doing business as Dirt Road Café, formerly doing business as Git R Done Carriers; also known as Mary Ellen Pecoraro,

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the appellant's appeal is DISMISSED.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 29th day of June, 2010.

DATED: June 30, 2010

_Lawrence K. Baerman_
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk